# EXPERT REPORT

**6 WEST APARTMENTS, LLC,**
**A Colorado Limited Liability Company**
**Plaintiff,**

**v.**

**THE OHIO CASUALTY INSURANCE COMPANY**
**Defendant.**

**UNITED STATES DISTRICT COURT,**
**FOR THE DISTRICT OF COLORADO**

**Case No.: 1:20-cv-002243-RBJ-MEH**

**March 11, 2021**

**Katie Twomey**
**J. S. Held LLC**

EXHIBIT
D

JS|HELD

3535 Factoria Blvd. SE
Suite 440
Bellevue, WA 98006

## I. INTRODUCTION

J.S. Held LLC ("J.S. Held") provides construction consulting, estimating, repair cost monitoring, claim cost evaluations, document review analysis and project scheduling services for its clients. J.S. Held has provided service to clients in a variety of matters on an international basis and has a record of consulting and providing opinions on many of the largest and most complex valuation, delay, and scheduling claims worldwide. Assignments frequently involve estimating, budgeting, contract negotiations, and delay analysis for large commercial buildings and infrastructure. J.S. Held has worked with insurers, owners, and construction managers to identify repair costs, damages and delay, the impact on the project schedule, and help mitigate delays. J.S. Held has worked on virtually every type of construction project, including residential, office and tenant buildouts, high-rise, industrial, stadiums, convention centers, power plants, hotels, highways, airport facilities, and special purpose properties.

Lewis Roca Rothgerber Christie LLP, on behalf of Insurer, retained J.S. Held to render opinions regarding the validity and value of certain claims being asserted by 6 West Apartments, LLC, a Colorado limited liability company ("6 West") and Evans Chaffee Construction Group, Inc. ("ECCG" or "Contractor") regarding the 6 West Apartments ("the project") located at 32532 and 32564 Highway 6, Edwards, CO. J.S. Held was originally retained by the Insurer in May 2019 to evaluate the claims.

Opinions are based on the information received to date. Discovery, however, is still on going and we reserve the right to revise these opinions as new information become available.

Specifically, J.S. Held has been asked to determine the cost of repairs and whether 6 West claim for soft cost resulted from the July 11, 2018/July13, 2018 ("July 11, 2018") and October 5, 2018 loss events.

## II. SUMMARY OF OPINIONS

A. An experienced and organized project team would have tracked in detail the repair work related to the loss events and the cost associated with that work. Detailed loss related cost documentation has not been provided. The claimed Project Management and Supervision costs sought by 6 West contradicts the lack of claim supporting documentation. If additional supervisions was employed solely as a consequence of the loss events such supervision should have been tasked with tracking and substantiating the cost of repair.

B. Two of the buildings, 3 and 5, in which repairs are being claimed for the July 11, 2018 event, were not on site at the date of loss.

C. The prefabricated standing structures ("modular units" or "units")) incurred non-loss related damage, including wall cracking, exposure to weather, atmospheric changes, and highway conditions during transport. The protective wrap was not maintained during shipping and storage. The corrective cost for these non-loss related repairs appears to be included in the claimed quantities and costs.

D. The failure to implement standard of care and quality control during the erection and placement of the modular units onsite, exhibited by lack of protection, trade damage, lack of temperature and humidity control, ponding water on top of the units and cleanliness, exacerbated the pre-loss damages and wear and tear of the units.

E. The insured is obligated to protect the property after a loss event to avoid further loss. The insured delayed the start of the repair work, allowing for and increasing the damage to the units.

F. The claimed loss weather events are not documented in the project meeting minutes, schedule or ECCG Daily Journal – Weather, which provides doubt into the water damage occurring on site during construction.

G. The quantity of repair claimed by the Contractor is unsubstantiated, and the square footage being claimed is inconsistent. .

H. 6 West, contracted separately with the general contractor, the prefabricator of the modular units, and the design team. Through this relationship, 6 West was obligated to coordinate all aspects of design, prefabrication, and construction. It failed to do so as is evident by the revised construction sequencing and the delayed deliveries of the prefabricated units.

I. Claimed Soft Costs are not related to the claimed loss and repair.

## III. BASIS OF OPINIONS

### A. <u>BACKGROUND</u>

6 West Apartments, LLC, the project Owner, contracted with Evans Chaffee Construction Group, Inc., the General Contractor ("ECCG" or "Contractor"), to build the apartment complex, consisting of nine three-story buildings with a total of 120 residential apartments, a clubhouse and site improvements located at 32532 and 32564 Highway 6, Edwards, Colorado. The nine apartment buildings were constructed by stitching and/or anchoring the prefabricated standing structures ("modular units" or "units") together into 1, 2 or 3 bedroom apartments and then joining the apartments by corridors constructed on site. 6 West contracted separately with Johns Buckley, LLC to prefabricate and deliver the modular units. Additionally, 6 West, contracted separately with 359 Design, LLC, the architect for the project.




1. On March 31, 2018, 6 West entered into an *AIA Document A101-1997 Agreement Between Owner and Contractor for Construction* ("Agreement"), where the basis for payment is a Stipulated Sum, with ECCG.[2] According to Paragraph 4.1, and Addendum 2, Estimate, dated April 3, 2018, the total project Stipulated Sum is $11,479,831.

   J.S. Held has received Payment Application 16[3], dated July 31, 2019, which indicates an original contract sum of $11,479,831 with a Net Change by Changer Orders of $1,349,077.83. Therefore, the adjusted contract sum as of July 31, 2019, was $12,828,908.93.

   J.S. Held has received Prime (Owner) Change Order ("OCO") No. 14 (dated 5/29/2019), which indicates a change order total of $1,156,023.24. The increase by change order(s) to the contract value from $1,156,023.24 to $1,349,077.83, which totals $193,054.59 in OCO's that have not been received. An OCO spreadsheet has been received with Bates Number ECCG 00007351[4] which includes a total amount approved for OCO 15 of $196,839.80.

   Article 3 of the Agreement, Date of Commencement, section 3.1, Contract Time for the Work, states:

[2] Attachment 2- Agreement Between Owner and Contractor for Construction where the basis for payment is the Cost of the Work Plus a Fee with a negotiated Guaranteed Maximum Price.

[3] Attachment 3 – Evans Chaffee Payment Application #16

[4] Attachment 4 – ECCG 00007351

Date of Commencement will be (10) days after notice to proceed is issued by Owner. Owner agrees that the final plat of 6 West Apartments Subdivision must be recorded, Eagle County must have issued the building permit that will allow Contractor to commence the site work (or the County has given notice that the permit is ready to be picked up upon paying the permit fee), and all other applicable governmental approvals that required before Contractor can commence the site work must be given to Contractor prior to Notice to Proceed being issued. If Notice to Proceed is issued by Owner after 4/9/18, there will be an adjustment in costs, including prearranged Contractor and subcontractor fees and time of contract.

Article 3 of the Agreement, Substantial Completion, section 3.3, states:

*"See the schedule in Addendum 1".*[5]

Addendum 1 includes a "Finish Date" of January 18, 2019. The finish date indicates the buildings can be used for their intended use; for the purposes of this report, we will utilize the "Finish Date" as Substantial Completion.

The original contract project duration was from April 9, 2018 to January 18, 2019, or 285-calendar days.

The AIA Document A201-1997, General Conditions of Contract for Construction [6], Paragraph 1.1.3.1 "Modular Building Manufacturing Agreement", references the separate agreement that was placed between 6 West Apartments, LLC and Johns Buckley LLC for the modular building fabrication as follows:

**§ 1.1.3.1 Modular Building Manufacturing Agreement.** The buildings that comprise the Project are being manufactured as modular building units by JohnsBuckley LLC, as the "Manufacturer" under the Modular Building Manufacturing Agreement dated January __, 2018. Contractor acknowledges that it has received a copy of the Modular Building Manufacturing Agreement. If the Modular Building Manufacturing Agreement is modified in any material respect after the date of the Agreement, or if Owner enters in to any change order or similar agreement with respect to the work under the Modular Building Manufacturing Agreement, Owner agrees to promptly deliver a copy to Contractor. Contractor agrees that its Work under the Contract consists of the site work, foundations, and other work required before the modular building units are placed on the foundations, and also consists of placing the modular building units on the foundations and assembling and completing them in accordance with the Contract Documents. Contractor acknowledges that the scope of Manufacturer's work under the Modular Building Manufacturing Agreement is defined by the "Unit Specifications" in Exhibit B to the Modular Building Manufacturing Agreement and that are also included in the Contract Documents under the Contract, and that the scope of Manufacturer's work is further defined by the "Matters Excluded from Manufacturer's Scope of Work" in Exhibit C to the Modular Building Manufacturing Agreement. Contractor agrees that the scope of the Work under the Contract includes all work required to install the modular units at the Project Site under the Architect's specifications and drawings identified in Sections 8.1.4 and 8.1.5 of the Agreement that is not included in the Manufacturer's scope of work under the Modular Building Manufacturing Agreement.

The AIA Document A201-1997, General Conditions of Contract for Construction, Paragraph 1.1.3.4 "Accepting or Rejecting Modular Units", states that Contractor

---

[5] Attachment 5 – Prime Contract Addendum #1 – Schedule - signed
[6] Attachment 6 – AIA Document A201-1997, General Conditions of Contract for Construction

accepts the units, and the Owner will be solely responsible for rejecting defective Units as follows:

> **§ 1.1.3.4 Accepting or Rejecting Modular Units**. Contractor acknowledges that Sections 7.3, 7.4, 7.5, and 7.6 of the Modular Building Manufacturing Agreement govern Owner's rights and obligations with respect to inspecting and accepting Units when Manufacturer delivers them to the Project Site. Contractor agrees to assist Owner to inspect the Units when Manufacturer delivers them to the Project Site, including coordinating with Manufacturer to have a representative present at the Project Site when each Unit is delivered, preparing punchlists, accepting acceptable Units, overseeing Manufacturer's completion of punchlist items, and performing any work by Owner to complete any of Manufacturer's punchlist work that Manufacturer delegates to Owner. Owner will be solely responsible for rejecting defective Units.

**2.** 6 West, entered into a Modular Building Manufacturing Agreement (Modular Agreement), with Johns Buckley, LLC[7]. According to Paragraph 4, the total project Contract Sum is $10,135,000. Owner Change Orders have not been provided.

Article 3 of the Modular Agreement, Date of Commencement and Schedule Completion Date, section 3.1, states:

> **3.1 Commencement Date and Scheduled Completion Date.** The commencement date for the Work (the "**Commencement Date**") is be the later of the commencement date in a written notice to proceed that Owner delivers to Manufacturer or the date Owner and Manufacturer have signed and delivered this Agreement, and Owner has paid the initial deposit set forth in Article 4 to Manufacturer. Owner currently anticipates that the Commencement Date will be February 14, 2018 or sooner. Provided the Commencement Date is on or before this date, Manufacturer agrees to start manufacturing the Units by April 1, 2018, and to achieve Substantial Completion not later than August 17, 2018 (the "**Scheduled Substantial Completion Date**"), subject to adjustments, additions and deletions by signed change order or as otherwise provided for in the Contract Documents.
>
> **3.2 Substantial Completion.** "**Substantial Completion**" means Manufacturer's manufacture and delivery of all Units to the Project Site and Owner's acceptance of all Units in accordance with this Agreement. The date all of the Units are actually
>
> Substantially Completed is the "**Substantial Completion Date**". Unless buildings are occupied in phases, in which case the Substantial Completion Date will occur at the time of set for each building or within 30 days of delivery of all modules in each building.

The manufacturing and delivery duration was from April 1, 2018 to Substantial Completion on August 17, 2018, or 138-calendar days.

**3.** The following is the site plan layout of the nine buildings that include modular units. These buildings also include elements of onsite construction of corridors, stairwells, roofing, utilities, and finishes.

[7] Attachment 7 – Modular Contract final 1-28-18-1-2




The following cross section of one of the buildings depicts the stacking of the modular units outlined in red dashed lines as follows:




**5 SECTION 01**
1/16" = 1'-0"

Modular construction is a method of construction in which free standing structures (modular units) of a project are preassembled and shipped to the project site. After delivery, the modular units are erected or stacked into place then stitched or attached. The modular units are to be accepted or rejected upon delivery, if any damage occurs during transport to the site as per the Modular Contract paragraph

1.1.3.4. referenced above. The modular unit inspection records have not been provided.

Photos have been provided that show damage to exterior building wrap, as well as interior drywall damages, such as cracking.

The DOL 7/11/2018 claim, dated 8/1/2019, states that "*The cause of the damage was from rain event while the building boxes were being set. There is a factory applied piece of black sheathing under the modular units and this stays in place as the boxes are stacked to retain the insulation in the floor system below the box. The water that got into the units was trapped by this layer of plastic on each level. Additionally, this layer of plastic extended from the sides of the boxes and when the rain ran down the exterior of the boxes, it hit this extended lip of plastic and was diverted into the interstitial space between the boxes. This allowed water to leach out into the unit over a period of time causing the damage…*"

The DOL 10/5/2018 claim states that "*The cause for damage was rain after the modular boxes were set but prior to the roofing being complete.*"

J.S. Held has received the "ECCG – Daily Journal – Weather", Document ECCG 00006615[8]; the journal records the temperature, precipitation, wind conditions and rain day flag. The dates on the spreadsheet start on March 7, 2018 and end on May 31, 2019. The timeframe in which the loss events are claimed to have occurred (July 11, 2018 & October 5, 2018) were not included. Specifically, the data for the dates between July 11, 2018 and July 26, 2018 is missing, and the data for the dates between July 31, 2018 and November 5, 2018 is missing.

J.S. Held researched the weather for the claimed dates of loss of July 11, 2018 and October 5, 2018 on the following website and exported the following table of information. The closest weather station with history information available was for Gypsum, CO. You will notice only trace amounts of precipitation on July 12, 2018 and no recorded precipitation for October 5, 2018.

https://www.wunderground.com/history/weekly/us/co/gypsum/KEGE/date/2018-7-11
**Daily Observations**[9]

| Date | Temperature (° F) | | | **Precipitation (in)** |
|---|---|---|---|---|
| Jul 2018 | Max | Avg | Min | **Total** |
| 8 | 97 | 71.5 | 56 | **0** |
| 9 | 96 | 75.6 | 54 | **0.01** |

[8] Attachment 8 – ECCG 00006615 ECCG – Daily Journal - Weather
[9] Attachment 9 - https://www.wunderground.com/history/weekly/us/co/gypsum/KEGE/date

| | | | | |
|---|---|---|---|---|
| 10 | 93 | 74.1 | 57 | **0** |
| **11** | 91 | 70.1 | 53 | **0** |
| 12 | 84 | 67.4 | 52 | **0.02** |
| 13 | 91 | 74.1 | 52 | **0** |
| 14 | 94 | 75.3 | 56 | **0** |

**Daily Observations**

| Date | Temperature (° F) | | | **Precipitation (in)** |
|---|---|---|---|---|
| Sep/Oct 2018 | Max | Avg | Min | **Total** |
| 30 | 79 | 61.3 | 42 | **0** |
| 1 | 69 | 55.8 | 48 | **0** |
| 2 | 56 | 50.9 | 43 | **0** |
| 3 | 71 | 59.2 | 48 | **0** |
| 4 | 60 | 49.7 | 0 | **0** |
| **5** | 58 | 45.5 | 40 | **0** |

The information received to date does not include any report of notable precipitation in the area on the Dates of Loss.

It is unknown if any water intrusion occurred during fabricating and/or shipping prior to delivery to the project site. The Modular Agreement includes instruction in paragraph 3.14 and 3.15 regarding the securing and repairing of building wrap, as stated below:

3.12. Ensure that the Unit is protected from weather damage; once the Unit is set, Contractor must weather protect the Unit's seams and any exposed openings. (But Manufacturer will provide the Units with an EPDM membrane in accordance with the Project Plans.)

3.13. Install roof decking between Units and install roofing underlayment at the marriage lines only; Manufacturer will leave the EPDM or TPO roofing long for seams to be completed in the field for the parapet curb or wall and marriage lines, and Owner will complete EPDM or TPO roof connections at marriage lines only. Manufacturer will not be responsible for EPDM membrane damaged during set or removal of temporary cleats.

3.14. Secure and fasten the building wrap (weather resistance barrier), if applicable, with the capped fasteners provided by Manufacturer. Overlapped seams must be securely fastened and taped. Install any building wrap required after the structural connections are completed.

3.15. Repair any tears discovered in the building wrap (weather resistance barrier) with tape provided by Manufacturer.

The following project photos of the prefabricated box erection onsite show damages to the bottom wrap of the prefabricated units. It appears that the repair work set forth in the agreement was not executed, representing a standard of care and quality issue.




Tyvek
Tyvek






The following project photo, ECCG 00004680, of water ponding on a roof exhibits that proper drainage was not in place. Owner Change Orders, 8 and 10, includes various roofing added costs for roof drains, revisions, rework/repair damage, and temporary downspouts.




The following project photo, ECCG 00004863, is an example of lack of housekeeping and cleanliness on the project.



## B. STATUS OF THE PROJECT PRIOR TO THE LOSS EVENT, THE LOSS EVENT AND SUBSEQUENT REPAIRS

6 West and ECCG have claimed that a July 11, 2018 loss event caused damage to finishes in Buildings 1, 3, 4 and 5, and an October 5, 2018 loss event caused damage to finishes in Buildings 7 and 9. The loss events and subsequent repairs of physical damage caused a delay to the project resulting in the submission of its soft costs claim. ECCG has contradicted 6 West' for soft cost and has stated, "…the water loss has been determined to be part of a concurrent delay. As a result, we are not pursuing extended General Conditions due to this loss."

### 1. The Status of the Project Prior to the Loss Event

#### a. TCO/Milestone Dates

The project received a Notice to Proceed (NTP) on April 9, 2018, which established the Finish Date (Substantial Completion) of January 18, 2019. Owner Change Order 1 thru 14 have been received and no time extensions were granted in these change orders.

According to the document titled, "2018 06 27 – Combined agenda"(OAC agenda/meeting minutes), which shows the Owner Architect Contractor (OAC) Meeting Minutes and partial 3-week schedule, the projected Finish Date (Substantial Completion) prior to the July 11, 2018 loss date was January 30, 2019 and the project was 13% complete.

According to the document titled, "2018 10 03 – Combined agenda", which shows the OAC Meeting Minutes and partial 3-week schedule, the projected Finish Date (Substantial Completion) prior to the October 5, 2018 loss date was January 24, 2019 and the project was 53% complete.

#### b. Modular Unit Fabrication Timeline

The following document was provided outlining the initial timeline for the factory fabrication of the modular units, the setting of the units onsite, and the completion of the onsite construction for the residential units. This document also outlines the some of the permits required for the process.

## *MODULAR TO COMPLETE FOR TCO TIMEFRAME*

**June/ July/ August 2018**

- Fabrication of Modular........2-3 months

**July/August/September 2018**

- Set Boxes on foundation

**October/November/December/January (time to complete after setting boxes)**

- 3-4 months max- skinning and completing to get TCO

**Permitting Required**

- Permit 1- Infrastructure- Utilities, Demo Over X site
- Permit 2- Foundation Permit
- Permit 3- State Permit
- Permit 4- County Building Permit

The planned sequence for delivery of modular units was in the following order of buildings: 1, 4, 5, 3, 2, 7, 9, 6 then 8, as stated in the April 25, 2018 Owner Architect Contractor (OAC) Meeting Minutes[10]:

| | |
|---|---|
| **Apr 25, 2018** | Sequence of foundations is: 1, 4, 5, 3, 2, 7, 9, 6, 8. This is per delivery schedule from Jim Hoover in email dated 4/13/18. |

The May 22, 2018 OAC Meeting Minutes[11] include the Building Types and the plant locations, as well as the production and delivery dates. The sequence of erection due to pre-loss delays was revised to the blue arrows on the following diagram in following order of buildings: 4, 1, 3, 9, 7, 6, 8, 2, then 5:

[10] Attachment 10 - April 25, 2018 OAC Meeting Minutes
[11] Attachment 11 May 22, 2018 OAC Meeting Minutes




From the July 18 , 2018 OAC Meeting Minutes, "Lessons learned" from the setting of the first building (per the as-built schedule, the first building set was Building 4) were recorded per the following. Also note that as of the July 11, 2018 OAC Meeting Buildings 5 and 3 were not on site and were scheduled to arrive on 7/27 per the note below:

| 180606-01 | Factory Coordination & Ship dates | |
|---|---|---|
| Open | **Jul 11, 2018** | Lessons learned from first building set<br>1. Watertightness of buildings must be coordinated directyl after set completion.<br>2. Tyvek inspections / inspection with Jim Holt to take place on 7/23.<br>3. Mitigating dirt in units by minimizing time that boxes are stripped prior to set.<br>4. Cuc to stack carriers moving forward.<br><br>Buildings 5 and 3 on site 7/27. Building 2 on site by 8/3. Next set to begin 7/30. |

## c. July 2018

The project documents were reviewed for the pre-loss status of the project prior to the July 11, 2018 loss event.

As of the July 11, 2018 OAC Meeting (Minutes) with the partial July 11, 2018 schedule attachment, the project status percent complete of the work was 15% with a "Finish Date" of the project shown delayed from the contractual date of January 18, 2019 to February 4, 2019. The longest path (critical path), of this partial schedule, is shown

through Building 9 excavation, foundations, walls to Building 3 prefab boxes on site and set.

The activities complete or in progress prior to the July 11, 2018 loss event were:

- Modular buildings 1 and 4 had been set in place;
- Building 4 Activity: “Delay due to siding color selection” began on July 2, 2018 and was in progress;
- Building 1 and 4: Build Roof Structure at Stairs was in progress;
- Building 3 and 7: Form and Pour Concrete Foundation Walls was in progress;
- Building 3 Activity: “Delay due to County Review” began on July 3, 2018 and was in progress;
- Clubhouse MEP rough-in was in progress.

Pay Application #3, indicated progress through June 30, 2018 at 22.2% complete. Claim documentation submitted by Evans Chaffee for the July 11, 2018 loss event claims damages to Buildings 1, 3, 4 and 5, yet following our review of documents received, only Buildings 1 and 4 were delivered to the site at the time of the loss.

The project “Daily Journal Report”[12] identified the following project impacts, as summarized by J.S. Held, prior to the July 11, 2018 loss event (note Ritz Craft is in partnership with Johns Buckley to prefabricate the units):

| Daily Journal Date | Project Information |
|---|---|
| 04/12/18 | Unforeseen condition - discovered leach field next to upper septic |
| 04/16/18 | Gas line that was capped served neighbor added work to reinstall |
| 04/18/18 | Stop work at Clubhouse within 10 feet of high pressure gas line |
| 04/19/18 | Failed compaction at B1 Foundation, require redigging |
| 04/20/18 | No work at Clubhouse due to gas |
| 04/23/18 | Easement issue with gas line |
| 04/25/18 | Layout incorrect and ran out of fill material |
| 05/03/18 | Weather Delay |
| 05/08/18 | Truck struck a gas riser from demo'd building and caused leak |
| 05/14/18 | Incorrect layout at B4 |
| 05/21/18 | Manpower shortage, not getting productivity |
| 05/23/18 | Patrick Byrd onsite issue with embeds & hold downs |
| 06/06/18 | Personnel problems between Miles (CuC) and Steve (Surveyor) |
| 06/07/18 | Incorrect sheathing of floors 3/4" instead of 1 1/8" design |
| 06/11/18 | Labor shortage, concerned with work falling behind |

[12] Attachment 12 – Daily Journal Report with information from March 7, 2018 through May 31, 2019.

| | |
|---|---|
| 06/30/18 | Missing Boxes B3 and B4 (Building 1), 12 boxes can be set before delay to CuC |
| 06/30/18 | Labor shortage CuC (Building 1) |
| 06/30/18 | Crane demob due to lack of boxes (Building 1) |
| 07/02/18 | CuC claims delay to the work no truck no crane (Building 1) |
| 07/06/18 | Inspection for wall of Building 7 failed because inspector said we don't have the most recent permit set with updated designs. |
| 07/11/18 | Walked the site with the owners and Ritz Craft making notes of things that were not installed properly during set as well as noting all the touch up items for Ritz Craft crew. |

### d. October 2018

The project documents were reviewed for the pre-loss status of the project prior to the October 5, 2018 loss event.

As of the October 3, 2018 OAC Meeting Minutes with the partial October 3, 2018 schedule attachment, the project status percent complete of the work was 53% with a "Finish Date" of the project shown delayed from the contractual date of January 18, 2019 to January 24, 2019. The longest path (critical path), of this partial schedule, is shown through the wood and metal siding activities from Buildings 1 and 4 to Building 5 to Building 3.

The activities complete or in progress prior to the October 5, 2018 loss event were :

- Modular buildings 1, 2, 3, 4, 5, 6, 7, and 9 had been set in place;
- Sitework 8" Water Line Main and Rough Grade Road and Parking Lots was in progress;
- Hwy 6 Road Widening Activity: "Delay due to ERWSD abandonment" began on September 28, 2018 and was in progress;
- Building 1: Exterior Wood and Metal Siding was in progress at 60% complete;
- Building 4: Drywall at Corridors – all levels were in progress at 50% complete;
- Building 4: Exterior Wood and Metal Siding was behind schedule and not started;
- Building 5: Foundation Backfill Fix was in progress;
- MEP, FS, & FA Rough-In at Corridors was in progress at Building 2 (75% complete), Building 3 (88% complete), Building 6 (50% complete), and Building 7 (15% complete);
- Roof Install/Finalization was in progress at Building 7 (10% complete) and Building 9 (50% complete);
- Building 6: Install Metal Pan Stairs was in progress at 50% complete;
- Clubhouse Paint and Bathroom Tile was behind schedule and not started.

Pay Application #6, indicated progress through September 30, 2018 at 66.9% complete. Claim documentation submitted by Evans Chaffee for the October 5, 2018 loss event claims damages to Buildings 7 and 9.

The project "Daily Journal Report" identified the following project impacts, as summarized by J.S. Held, after the July 11, 2018 loss and prior to the October 5, 2018 loss:

| Daily Journal Date | Project Information |
|---|---|
| 07/12/18 | Weather Rain Event |
| 07/12/18 | Roofers did not make the progress we had hoped and complete all the waterproofing of the seams. |
| 07/18/18 | Units tested for moisture. |
| 07/18/18 | Moisture found in Bldg 4: 4404, 4403, 4302, 4301 |
| 07/18/18 | Moisture found in Bldg 1: 1302, 1403, 1404 |
| 07/24/18 | Weather Rain Event |
| 07/24/18 | Water Infiltration Bldg 4 |
| 07/24/18 | Water Infiltration Bldg 1 |
| 07/26/18 | Defective work found at drywall near 1301 |
| 07/30/18 | CuC claims lost time due to site conditions |
| 07/31/18 | Delay due to truck stuck in mud |
| 07/31/18 | **Video** was shot by Ritz Craft to document progress |
| 08/01/18 | Weather Rain Event |
| 08/01/18 | CuC direct to protect B3, they chose to wait so any water damage on the exposed units is on CuC. |
| 08/03/18 | Rain event |
| 08/03/18 | CuC set wrong box: D1 instead of D4 |
| 08/03/18 | OSHA showed up to investigate a complaint against CuC but CuC had already left for the days |
| 08/06/18 | "another fun day with Myles" |
| 08/09/18 | Myles postponed waterproof until Monday which delays backfill at B6 and dirt removal at B8 |
| 08/10/18 | Roofer ran over spider box |
| 08/10/18 | 2 CuC workers documented without fall protection |
| 08/10/18 | Another day of battling Myles |
| 08/14/18 | Transformer set in wrong location |
| 08/14/18 | Design issue - rework of hold-downs on B1 & B4 |
| 08/15/18 | CuC manpower low |
| 08/15/18 | Patio's were being framed wrong |
| 08/22/18 | Failed hold-down State inspections (noted that Myles said "this won't pass") |
| 08/24/18 | Skunks living in crawl space B4 |
| 08/27/18 | Reschedule crane from 9/4 to 9/10 |

| | |
|---|---|
| 08/29/18 | Fire Alarm passed at B1 |
| 09/13/18 | County inspection partial frame for 7 failed |
| 09/13/18 | County inspection rough frame for 4 failed |
| 09/18/18 | Building 4 did not pass inspection |

## 2. Loss Event and Subsequent Repairs

In May 2019, J.S. Held was engaged by the Insurer to evaluate 6 West's supplemental claims for Buildings 1, 3, 4, 5, 7 and 9. At this time, the majority of the repair work was complete. Consequently, J.S. Held was compelled to relying on photographs, schedules, project meeting minutes, and the initial inspection report (by others) in this review. J.S. Held on numerous occasions requested direct substantiation for the claimed supplement amounts (i.e. subcontractor daily report tickets for the repair work, photographs of areas that were repaired and other specific repair cost substantiation). 6West and ECCG failed or refused to provide such detail.

The claims that were received included the insured's timeline for the repairs per the following:

Date of Loss: July 11, 2018

*"Buildings 1, 3, 4 and 5, Amended Water Damage Claim#23448634 – 2019 08 01"*:

Building 1: See activity #4950 in the schedule that represents the unit drywall and paint repair activity. This activity commenced on September 12, 2018 and ran until November 21, 2018, a duration of 10 weeks (50 working days).

Building 3: See activity #5850 in the schedule that represents the unit drywall and paint repair activity. This activity commenced on October 24, 2018 and ran until March 1, 2019, a duration of 18 weeks (90 working days).

Building 4: See activity #4450 in the schedule that represents the unit drywall and paint repair activity. This activity commenced on September 26, 2018 and ran until February 1, 2019, a duration of 18 weeks (90 working days).

Building 5: See activity #2990 in the schedule that represents the unit drywall and paint repair activity. This activity commenced on September 5, 2018 and ran until January 30, 2019, a duration of 18 weeks (90 working days).

Based on the above, the repair work between all the buildings commenced on September 5, 2018 and finished on March 1, 2019, a total duration of 25 weeks (125 working days) per the as-built schedule.

<u>Date of Loss: October 5, 2018</u>

<u>*"Buildings 7 and 9, Amended insurance Claim - #23479974 – Rev 2019 10 02":*</u>

Building 7: See activity #6350 in the schedule that represents the unit drywall and paint repair activity. This activity commenced on April 8, 2019 and ran until July 12, 2019, a duration of 14 weeks (70 working days).

Building 9: See activity #7090 in the schedule that represents the unit drywall and paint repair activity. This activity ran concurrently with Building 7.

Based on the above, the repair work between all the buildings commenced on April 8, 2019 and finished on July 12, 2019, a total duration of 14 weeks (70 working days) per the as-built schedule.

**C. <u>The Claim</u>**

The claims for July 11, 2018 and October 5, 2018 were submitted twice each per the following table. The submitted claim for the July 11, 2018 loss event (dated March 7, 2019[13]) was revised from $560,455.81 with a two-month delay to the Amended Claim (dated July 31, 2019[14]) of $547,975.61 with no delay. The submitted claim for the October 5, 2018 loss event (dated July 31, 2019[15]) of $244, 612.20 with no delay was resubmitted on October 2, 2019[16] with the same claim amount of $244,612.20 and no delay. A soft cost claim for the two-month delay in the amount of $284,822.95 was submitted on April 26, 2019[17]. The soft cost claim appears to be for the July 11, 2018 loss event, which initially included a two-month delay that had since been revised to no delay. It is interesting to note that 6 West response to in Interrogatory No. 11 objects to the phrase "soft costs", yet 6 West's April 26, 2019 submission of its $284,822.95 claim is labeled as a "soft costs" claim.

[13] Attachment 13 Builder's Risk Claim for Water Damage Repair Cost in buildings 1, 3, 4 & 5 dated March 7, 2019
[14] Attachment 14 Amended Water Damage Claim #23448634 6 West Buildings 1, 3, 4, & 5 dated July 31, 2019
[15] Attachment 15 Amended Water Damage Claim #23479974 6 West Buildings 7&9 dated July 31, 2019
[16] Attachment 16 Amended Water Damage Claim #23479974 6 West Buildings 7&9 dated October 2, 2019
[17] Attachment 17 Soft Cost Binder March April 2019 dated April 26, 2019

| DOL | Title | Document Date | Claim Amount | Delay |
|---|---|---|---|---|
| 7/11/2018 | Builder's Risk Claim for Water Damage Repair Cost in buildings 1, 3, 4 & 5 | 3/7/2019 | $ 560,455.81 | 2 Month |
| 7/11/2018 | Amended Water Damage Claim #23448634 6 West Buildings 1, 3, 4, & 5 | 7/31/2019 | $ 547,975.61 | None |
| 10/5/2018 | Amended Water Damage Claim #23479974 6 West Buildings 7&9 | 7/31/2019 | $ 244,612.20 | None |
| 10/5/2018 | Amended Water Damage Claim #23479974 6 West Buildings 7&9 | 10/2/2019 | $ 244,612.20 | None |
| 7/11/2018 | Soft Cost Binder March/April 2019 | 4/26/2019 | $ 284,822.95 | 2 Month |

## 1. The Scope of Repair

The claim for the 7/11/2018 loss event, claimed repair costs per the document titled *"Amended Water Damage Claim #23448634 6 West Buildings 1, 3, 4, & 5"* (dated 7/31/2019) of $547,975.61. The claim for the 10/5/2018 loss event, claimed repair costs per the document titled "Amended Water Damage Claim #23479974 6 West Buildings 7&9" (dated 10/2/2019) of $244,612.20. The claim for the Soft Costs, as shown in the document titled "Soft Cost Binder March/April 2019" (dated 4/26/2019), totals $284,822.95 for a combined total of $1,077,410.76. The total claim submitted, based upon J.S. Held categories is summarized in the table below:

| J.S. Held Categories | TOTAL As-Claimed |
|---|---|
| Delay - Job Supervision | $ 118,125.00 |
| Delay - Laborers | $ 49,000.00 |
| Delay - Project Management | $ 35,000.00 |
| Delay- undefined | $ 24,675.00 |
| Drywall Repair | $ 244,543.20 |
| Final Clean | $ 24,675.00 |
| Paint Repair | $ 296,569.61 |
| Soft Costs - Advertising and Promotion | $ 60,000.00 |
| Soft Costs - Architectural | $ 6,800.07 |
| Soft Costs - Builder's Risk Insurance | $ 12,448.00 |
| Soft Costs - Construction Interest/Operating Deficit | $ 199,799.88 |
| Soft Costs - Construction Loan | $ 5,775.00 |
| **Grand Total** | **$ 1,077,410.76** |

The insured has claimed the following scope of repair:

**DOL 7/11/2018 Buildings 1, 3, 4, and 5:**
Total As-Claimed Drywall and Painting Repair is stated as 125,236 Square Foot (SF).

The following repair per Building included in the Interrogatory No.1 [18] subparagraph (a) totals 124,494 Square Feet. This is a difference of **743 SF** of repair within the As-Claimed documents. The As-Claimed cost calculation is based off the larger of the two values, 125,236 SF. Backup information such as time tickets, photos, location of damages by rooms and other substantiation has not been provied.

| Building: | Square Footage of required repairs: | Total SF: |
|---|---|---|
| 1 | Ceilings: 6,910 SF<br>Walls: 22,384 SF | 29,294 SF |
| 3 | Ceiling: 7,284 SF<br>Walls: 24,663 SF | 31,947 SF |
| 4 | Ceiling: 8,390 SF<br>Walls: 28,679 SF | 37,069 SF |
| 5 | Ceiling: 3,800 SF<br>Walls: 22,384 S | 26,184 SF |

**DOL 10/5/2018 Buildings 7 and 9:**
Total As-Claimed Drywall and Painting Repair is stated as 50,966.10 Square Foot (SF).

The following repair per Building included in the Interrogatory No.2 subparagraph (a) totals 44,672 Square Feet. This is a difference of **6294 SF** of repair within the As-Claimed documents. The As-Claimed cost is calculated using the lower of the two values, 44,672 SF. Backup information such as time tickets, photos, location of damages by rooms and other substantiation has not been provied.

The following table was submitted with the claim and totals 44, 672 SF.

| Building/Units: | Square Footage of required repairs: | Total SF: |
|---|---|---|
| Bldg. 7/Units: 7101, 7102, 7201, 7202, 7302, 7303, 7304, 7402 | Ceilings: 6,193 SF<br>Walls: 24,354 SF | 30,547 SF |
| Bldg. 9/Units: 9102, 9305, 9306 | Ceiling: 2,776 SF<br>Walls: 11,349 SF | 14,125 SF |

## 2. Time Element As-Claimed

ECCG is not claiming a delay to the project as a result of the loss events, and has confirmed in the claimed submission "…the water loss has been determined to be part of a concurrent delay. As a result, we are not pursuing extended General Conditions due to this loss" and "…we have determined that this loss did not result in delays to the overall project" respectively in each claim summary. Alternatively, 6 West has submitted a "soft cost" delay claim for the months of March and April 2019. 6 West Apartments, LLC has failed to explain how its soft cost resulted from project delays. This is particularly troubling when ECCG clearly stated they did not believe there to be a delay to the project as a result of the loss events. Note, the following excerpts are from the ECCG claims.

According to the *"Amended Water Damage Claim #23479974 6 West Buildings 7 & 9"*, page 3 states:

> **TIME IMPACT**
>
> As mentioned above, after carefully analyzing the schedule, we have determined that this loss did not result in delays to the overall project, however, based on the additional work involved in repairing these damages, an element of time needs to be analyzed. We have overlaid the as-built schedule with our original contract schedule for Building 7 & 9. See attached.

According to the *"Amended Water Damage Claim #23448634 6 West Buildings 1, 3, 4, & 5"*, page 7 states:

> **OTHER COSTS**
>
> After carefully analyzing the schedule, the water loss has been determined to be part of a concurrent delay. As a result, we are not pursuing extended General Conditions due to this loss. See Time Impact section below. Based on the time that it took to perform the scope of work, there are other costs that must be added into the claim. See Time Impact section below. The water damage resulted in 25 weeks of additional work that was not contemplated for this project. This required additional Job Supervision, Project Management, and General Laborer hours as a result.

[18] Attachment 18 – 6 West_Liberty Mutual_Response to Discovery Requests

## IV. J.S. HELD ANALYSIS

The following table represents the total As-Claimed costs by ECCG and 6 West vs. the J.S. Held As-Reviewed corresponding values. J.S. Held has determined that there is no delay as a result of the loss events, and thus we have not allowed any value in our As-Reviewed total for soft costs and/or delay costs. The quantity take off review of the damages requiring repair to the buildings as a result of the loss events is not in agreement and will be outlined further below. The Insurer has issued payment to 6 West under the policy in accordance for the As-Reviewed Total as adjusted for deductibles.

| Building | ECCG/6 West Apartments As-Claimed Total | J.S. Held As-Reviewed Total |
|---|---|---|
| 1,3,4 &5 | $ 547,975.61 | $ 239,840.33 |
| 7 & 9 | $ 244,612.20 | $ 67,609.94 |
| Soft Cost | $ 284,822.95 | $ - |
| **Grand Total** | **$ 1,077,410.76** | **$ 307,450.27** |

J.S. Held's As-Reviewed Total includes an allowance for supervision of loss-related repairs, as well as other components of the building not being claimed by ECCG.

### A. Quantity of Repair Review

J.S. Held requested[19] on several occasions, since our involvement starting in May 2019, the detailed backup for the as-claimed costs. It is the industry standard that when a Builder's Risk loss event occurs on a project, the General Contractor implements rigorous record keeping to track the repair work performed using time tickets, assignment of separate cost codes or job numbers for tracking the costs, and a tracking of areas of damage by room and elevation with specific locations. None of these detailed items have been provided.

There are indications that Scope Change Request (SCR) for repair work were tracked on the project. However, the SRCs received, in large part, do not specify whether the repairs are related to damaged caused by the loss claimed events. Nor do the SCRs provide the location of the repair work performed, a detailed description of the repair work performed, or the time and materials required to complete the work. Backup and detail for the SCRs have not been provided. There appears to be inconsistencies in some of the SCR descriptions.

The initial claim submission for Buildings 1, 3, 4 and 5 dated March 7, 2019 included attachments which referenced Sapphire Painting & Drywall, Inc. (Sapphire) SCR 00455-015 - 007, 008, 011, 013, 015, and 020. In discussions with a subcontractor that performed repair work, Robert Clarke of Sapphire, we learned that ECCG utilized the rigorous daily project

[19] Attachment 19 – 19.05.24-19050275-6West Apts-RFI-Builders Risk

management and accounting tool CMiC. The CMiC website, CMiC website reference (https://cmicglobal.com/resources/case-study-evans-chaffees-search-for-a-unified-project-management-accounting-solution-ends-with-cmic/) includes the implementation of this tool by Evans Chaffee per the following excerpts.

"*Case Study - Evans Chaffee's Search for a Unified Project Management & Accounting Solution Ends with CMiC*

*To keep projects running smoothly, Evans Chaffee tried a number of software platforms to streamline project management and accounting. However, every product was missing at least one critical component. Some lacked the tools necessary for efficient project management, while others were missing the capabilities required for accurate accounting—and none were able to support the back office and the field as one holistic operation."*

> "I wanted to go fast with implementation, and I wanted CMiC to keep up with me—and they did. Our lead implementation consultant was just outstanding; out of all the software providers we've worked with, CMiC made me feel truly supported."
>
> **Michele Evans**
> **Vice President/CFO, Evans Chaffee Construction Group**

Likewise, in the March 7, 2019 claim submission, there are attachments which reference subcontractor work for High Country Enterprises 74 LLC (High Country) with reference SCR 1, 2, 5, and 6 for drywall repair.

Through our review of the project information provided, we have noted diligent and expansive backup for tracking costs for non-loss related changes orders between, ECCG and the sitework and utility subcontractor, Hudspeth. In accordance with industry standards, as noted above, we would have expected ECCG to implement this same type of documentation and diligence in quantity and cost tracking related to repair work performed to address damages caused by the water events.

In order to review the unsupported claims, J.S. Held utilized available information to determing an estimate of the repairs. J.S. Held performed a quantity take off of the affected building components and applied an Xactimate cost analysis. Our estimates are based on the review of photos provided by Evans Chaffee, site inspection reports & photos from the Insurer, and post-loss inspections by J.S. Held personnel. The claimed quanitity of repairs submitted by Evans Chaffee is unsupported, and far exceeds the quantity of repairs identified as being associated with the loss events. The total claimed amount for drywall repairs from the 7/11/2018 loss event is approx. $171,599, and the total claimed amount for drywall repairs from the 10/5/2018 loss event is approx. $72,944, arriving at a total claimed amount for drywall repairs of $244,543.00. The following is a comparison of the quantities for both the 7/11/2018 and the 10/5/2018 loss events:

**1. <u>DOL 7/11/2018 Summary – Drywall Quanity Unit Price Review</u>**

The total square footage of walls and ceilings for Buildings 1, 3, 4, and 5 is 195,495.53 square feet. 6 West through ECCG is claiming that a combined total of 64% of these buildings' walls and ceilings were damaged by the 7/11/2018 loss event. J.S. Held has estimated that approximately 22% of the buildings' walls and ceilings were damaged as a result of the loss event, and has produced a detailed estimate showing the location of these damages on a room-by-room basis (dated 12/6/2019). Additionally, as shown below, the calculated unit price used in the J.S. Held estimates is higher than provided by ECCG, as it includes a "smooth/skim coat" finish and additional hours for blending these repairs with adjacent finishes that were undamaged.

| | | Evans Chaffee 8/1/2019 Amended Claim | | | J.S. Held Estimate (12/6/2019) | | |
|---|---|---|---|---|---|---|---|
| **Building** | **Scope of Work** | **Qty Claimed (SF)** | **Unit Price** | **Total Claimed Amount** | **Qty Estimated (SF)** | **Average Unit Price** | **Total Estimated Amount** |
| Building 1 | Total Walls & Ceilings | 125,236 | $ 1.37 | $ 171,599.00 | 10,220.88 | $ 2.61 | $ 26,695.68 |
| Building 3 | Total Walls & Ceilings | | | | 11,527.38 | $ 1.85 | $ 21,320.44 |
| Building 4 | Total Walls & Ceilings | | | | 8,514.12 | $ 2.28 | $ 19,429.00 |
| Building 5 | Total Walls & Ceilings | | | | 13,488.7 | $ 2.69 | $ 36,265.22 |
| **Summary** | **Grand Total** | **125,236** | **$ 1.37** | **$ 171,599.00** | **43,751.08** | **$ 2.37** | **$ 103,710.34** |

**2. DOL 10/5/2018 Summary – Drywall Quanity Unit Price Review**

The total square footage of walls and ceilings for Buildings 7 and 9 is 60,961.81 square feet. 6 West through ECCG is claiming that a combined total of 73% of these buildings' walls and ceilings was damaged by the 10/5/2018 loss event. J.S. Held has estimated that approximately 18% of the buildings' walls and ceilings were damaged as a result of the loss event, and has produced a detailed estimate showing the location of these damages on a room-by-room basis (dated 12/6/2019). Additionally, as shown below, the calculated unit price used in the J.S. Held estimates is higher than that of Evans Chaffee, as it includes a "smooth/skim coat" finish and additional hours for blending these repairs with adjacent finishes that were undamaged.

| | | Evans Chaffee 10/2/2019 Amended Claim | | | J.S. Held Estimate (12/6/2019) | | |
|---|---|---|---|---|---|---|---|
| **Building** | **Scope of Work** | **Qty Claimed (SF)** | **Unit Price** | **Total Claimed Amount** | **Qty Estimated (SF)** | **Average Unit Price** | **Total Estimated Amount** |
| Building 7 | Total Walls & Ceilings | 30,547 | $ 1.63 | $ 49,879.71 | 9,357.86 | $ 2.93 | $ 27,375.59 |
| Building 9 | Total Walls & Ceilings | 14,125 | $ 1.63 | $ 23,064.49 | 1,620.75 | $ 1.05 | $ 1,705.83 |
| **Summary** | **Grand Total** | **44,672** | **$ 1.63** | **$ 72,944.20** | **10,978.61** | **$ 2.65** | **$ 29,081.42** |

The following excerpt is from the adjuster's report[20] after their inspection of the project following the 7/11/2018 loss event identifies non-loss related damages, to which this was discussed with the insured and "he agrees that these damages are due to lifting and setting of the modules using a crane".

[20] Attachment 20 – Liberty Loss Report dated 8/20/2018

Interior- Water damage was claimed and observed in multiple modular Buildings 1, 3, 4, and 5. Drywall cracking along seams and tape joints were prevalent in the majority of rooms observed. This was discussed with the insured and he agrees that these damages are due to lifting and setting the modules using a crane. These cracks are found primarily in larger rooms (living room, kitchen, bedrooms and bath), as opposed to the mud room, closets, laundry room, pantry, and water heater. Associated damages showed water stains in numerous rooms, with discoloration and water lines. A few light fixtures were also damaged and showed discoloration, as shown in inspection photos. A few spots of bubbling drywall were noted, as well as markings from a mitigation team that previously came onsite to evaluate moisture in the walls at the request of the insd. We tested a wall that read 42%, and 0% was recorded on the day of inspection, showing the walls have had sufficient time to dry out. Water damage was found in rooms that had no water damage to floors above that room. This is how the origin was determined.

On the estimate, we have estimated the average damage to units inspected. These units had similar damage so we wrote for damages to the 1 bedroom, 2 bedroom, and 3 bedroom layouts and then multiplied that amount by the number of units with damage. You will see a line item that accounts for the either 18 or 7 additional affected rooms per layout. The estimate did not include a few items damaged such as 1 upper cabinet, a few walls that needed seal and paint, as well as a few light fixtures but it is believed these will average out over the estimate.

When the contractor/insured comes back with their invoices and there is a difference, please let me know. I will contact the insd to let him know our average at this time and will continue to work with him as needed.

The following excerpt is from the adjuster's report after their inspection of the project following the 10/5/2018 loss event also identifies non-loss related damages, and again the insured states "…per Mr. O'Shea were from transport and the setting of the modules" and "poor workmanship from the manufacturer".

**DAMAGES :**
**NOTE: In building 7 and 9 the amount of stress cracks in the drywall at corners and tape seams was extreme, these per Mr. OShea were from transport and the setting of the modules. Every unit we inspected had holes cut in walls and ceilings for electrical access. We questioned him on the paint and quality of finishes as some of the damage on our second inspection of building 7 we were accompanied by Connor Allison, (Assistant Superintendent), he was pointing out poor workmanship from the manufacturer as possible water damage. We inspected several times because Mr. Oshea had claimed all units in BLDG 7 had shown water entrance, we assumed it to be frozen in the ceilings. We had only planned two inspections but heat was not on in BLDG 9 the last two times we inspected. There may be more issues in BLDG 9.**

## B. Status of the Project Schedule Prior to the Loss

J.S. Held received some project schedule updates, including an "as-built" schedule in PDF format, titled "2019 08 30 As Built Schedule". A total of nine (9) PDF format schedules were reviewed. Six (6) of these schedules had data dates after the October 5, 2018 loss event:

| Pre/Post Loss | Source Document | Name/Version | Print Date | % Complete | Finish Date |
|---|---|---|---|---|---|
| Pre-loss | 2018 04 02 – Prime Contract Addendum #1 – Schedule-signed | 6West – 2018 04... Version#: Prelim | 4/2/2018 | 0 | 1/18/2019 |
| Pre-loss | Amended Water Damage Claim #23448634-2019 08 01 | 6West – 2018 05... Version # 2 | 7/31/2019 | 30 | 1/17/2019 |
| Pre-loss | Amended Insurance Claim #23479974-2019 08 01 | 6West – 2018 05... Version # 2 | 8/1/2019 | 53 | 12/20/2018 |
| Post-loss | OAC Meeting: 2018 11 07 Combined agenda | 6 West – 2018 11... Version #3 | 11/7/2018 | 71 | 1/31/2019 |
| Post-loss | OAC Meeting: 2018 12 12 Combined agenda | 6 West – 2018 11... Version #3 | 12/12/2018 | 81 | 2/19/2019 |
| Post-loss | OAC Meeting: 2019 01 23 Combined agenda | 6 West – 2019 01... Version #3 | 1/23/2019 | 78 | 4/9/2019 |
| Post-loss | OAC Meeting: 2019 03 27 Combined agenda | 6 West – 2019 03... Version #3 | 3/27/2019 | 90 | 6/6/2019 |
| Post-loss | 2019 05 01 – Schedule | 6West – 2019 03...Version#: Rev 3 | 5/1/2019 | 95 | 7/5/2019 |
| Post-loss | ECCG00000627 to ECCG00000650 (2019 08 30 – As Built Schedule) | 6West – 2018 05... Version #: Rev 2 | 8/30/2019 | 100 | 9/6/2019 |

With regard to the October 5, 2018 loss event, the reviewed pre-loss schedules, listed in the above table as Pre-loss, indicated a Projected Finish Date on or prior to the Contract Finish Date of January 18, 2019. Since the July 11, 2018 loss event is prior to the dates of these schedules, the schedules reflect that there was no delay to the Projected Finish Date as a result of the July 11, 2018 loss event.

Other project delays, unrelated to the loss events, delayed the completion of the project from the Original Contract Finish Date of January 18, 2019 to the Projected Finish Date of September 6, 2019, as identified in the As-Built Schedule (dated 8/30/2019), representing a 231 calendar-day delay to the project.

The repair work ran concurrently with the ongoing contract work and did not delay the overall completion date of the project, as other delays drove the critical path of the project.

## C. Calculating the Period of Repair

### 1. Period of Repair Building 1, 3, 4, 5, 7 and 9

The period of repair is the time necessary to repair the insured property to its pre-loss condition. This period typically runs from the date the loss occurs until the date the repairs were (or could have been) completed. The repair work was delayed by non-loss related activities, including the resequencing of work, design revisions and winter conditioning of the buildings.

Upon discovery of the water intrusion, it is the insured's obligation to take action to protect the property from further damage. A normal course of action would to be to dry out any locations with moisture, by performing a "flood cut" or opening of the walls and introducing drying systems such as heat and humidity control. There is no indication in the project records provided to date that these standard remediation practices were employed by 6 West through its Contractor, ECCG. Further, the delay in the commencement of the repair work by the insured, as illustrated below in the timeline to start the repair, caused additional damage to the buildings such as swelling of the stud framing resulting in drywall screws "popping"/separating from the framing.

The construction plan was to deliver partially constructed units with finishes to the project for stacking and connecting. Understanding that the modular units contained finishes, climate control and weather protection must be provided to protect these finishes. This is particularly true if water infiltrates these units behind the finishes.

According to the claim documents received, repairs for the 7/11/2018 loss event were completed on or around 3/1/2019, and for the 10/5/2018 loss event were completed on or around 7/12/2019. These durations are astounding when considering the original scope of repair identified by the Insurer field adjusters.

The ECCG Schedule Activity Fragnet show the period of repair for Buildings 1, 3, 4 and 5 from 9/5/2018 to 3/1/2019. The final cleaning invoices from Shine on Services, Inc. for Buildings 1, 3, 4 and 5 include the description "Cleaned between 2/11/19 and 4/15/19". The claim states repair were complete as of 3/1/2019 and an invoice is included for the post loss work on 4/15/19.

The period of repair for Buildings 7 and 9 per the ECCG claim documents is from 4/8/2019 to 7/12/2019.

| Building # | Start POR | Finish POR | Schedule Activity# | Schedule Fragnet Activity Description |
|---|---|---|---|---|
| 1 | 9/12/2018 | 11/21/2018 | 4950 | Unit Drywall and Paint Repair |
| 3 | 10/24/2018 | 3/1/2019 | 5850 | Unit Drywall and Paint Repair |
| 4 | 9/26/2018 | 2/1/2019 | 4450 | Unit Drywall and Paint Repair |
| 5 | 9/5/2018 | 1/30/2019 | 2990 | Unit Drywall and Paint Repair |
| 7 | 4/8/2019 | 7/12/2019 | 6350 | Unit Drywall and Paint Repair |
| 9 | 4/8/2019 | 7/12/2019 | 7090 | Unit Drywall and Paint Repair |

Based on the provided As-Built Schedule (dated 8/30/2019), the project activities associated with the loss events during the period of repair can be reviewed by building for concurrency with project activities. The following section includes portions of the As-

Built Schedule by building. In reviewing these documents, it appears that the start of the repair work was delayed by the buildings not having heat for the winter as well as other project activities including: fire sprinkler installations, electrical installations (including fire alarm) & lighting, and corridor drywall installation. Concurrent with these activities is the installation of the exterior wood and metal siding.

**Building 1:**

| | | | | | |
|---|---|---|---|---|---|
| 4670 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 12SEP18 A | 02OCT18 A |
| 4720 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 12SEP18 A | 02OCT18 A |
| 4760 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 12SEP18 A | 02OCT18 A |
| 4780 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 12SEP18 A | 02OCT18 A |
| 4950 | Unit Drywall & Paint Damage Repair | 50 | 0 | 12SEP18 A | 21NOV18 A |
| 4520 | Wood & Metal Siding | 20 | 0 | 17SEP18 A | 14DEC18 A |
| 4750 | Paint Walls & Ceilings - Level 1 | 2 | 0 | 03OCT18 A | 16OCT18 A |
| 4770 | Paint Walls & Ceilings - Level 2 | 2 | 0 | 03OCT18 A | 16OCT18 A |
| 4790 | Paint Walls & Ceilings - Level 3 | 2 | 0 | 03OCT18 A | 16OCT18 A |
| 4800 | Paint Walls & Ceilings - Level 4 | 2 | 0 | 03OCT18 A | 16OCT18 A |
| 4580 | Install Aluminum Storefront Doors | 2 | 0 | 15OCT18 A | 16OCT18 A |
| 4660 | Install Storage Room Doors | 2 | 0 | 15OCT18 A | 22OCT18 A |
| 4590 | Install Metal handrails/guardrails at stairs | 4 | 0 | 07NOV18 A | 30NOV18 A |
| 4810 | Install Carpet & Rubber Base - Level 4 | 2 | 0 | 23NOV18 A | 26NOV18 A |
| 4820 | Install Carpet & Rubber Base - Level 3 | 2 | 0 | 23NOV18 A | 26NOV18 A |
| 4830 | Install Carpet & Rubber Base - Level 2 | 2 | 0 | 23NOV18 A | 26NOV18 A |
| 4860 | Install Carpet & Rubber Base - Level 1 | 2 | 0 | 23NOV18 A | 26NOV18 A |
| 4840 | Install Scupper Downspouts | 1 | 0 | 26NOV18 A | 26NOV18 A |

**Building 3:**

| | | | | | |
|---|---|---|---|---|---|
| 5970 | Ceiling Framing | 1 | 0 | 26SEP18 A | 01OCT18 A |
| 5980 | Ritz Craft Electrical Wire Holdup | 1 | 0 | 16OCT18 A | 19OCT18 A |
| 5990 | Rough Inspection | 1 | 0 | 19OCT18 A | 19OCT18 A |
| 5670 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 24OCT18 A | 02NOV18 A |
| 5720 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 24OCT18 A | 02NOV18 A |
| 5760 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 24OCT18 A | 02NOV18 A |
| 5780 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 24OCT18 A | 02NOV18 A |
| 5850 | Unit Drywall & Paint Repair Work | 1 | 0 | 24OCT18 A | 01MAR19 A |
| 5750 | Paint Walls & Ceilings - Level 1 | 2 | 0 | 07NOV18 A | 16NOV18 A |
| 5770 | Paint Walls & Ceilings - Level 2 | 2 | 0 | 07NOV18 A | 16NOV18 A |
| 5790 | Paint Walls & Ceilings - Level 3 | 2 | 0 | 07NOV18 A | 16NOV18 A |
| 5800 | Paint Walls & Ceilings - Level 4 | 2 | 0 | 07NOV18 A | 16NOV18 A |
| 5520 | Wood & Metal Siding | 30 | 0 | 14NOV18 A | 11MAR19 A |
| 5580 | Install Aluminum Storefront Doors | 2 | 0 | 07FEB19 A | 19FEB19 A |
| 5590 | Install Metal handrails/guardrails at stairs | 4 | 0 | 14FEB19 A | 20FEB19 A |
| 6450 | Electrical Meters Set | 1 | 0 | 21FEB19 A | 28FEB19 A |
| 6460 | Finish Water Riser | 1 | 0 | 21FEB19 A | 22FEB19 A |
| 5530 | Install Phone Gear | 1 | 0 | 04MAR19 A | 06MAR19 A |

**Building 4:**

| | | | | | |
|---|---|---|---|---|---|
| 4070 | Fire Sprinkler Install - Level 1 | 2 | 0 | 13AUG18 A | 07SEP18 A |
| 4130 | Electrical & Lighting - Level 1 | 2 | 0 | 13AUG18 A | 07SEP18 A |
| 4140 | Fire Sprinkler Install - Level 2 | 2 | 0 | 13AUG18 A | 07SEP18 A |
| 4180 | Electrical & Lighting - Level 2 | 2 | 0 | 13AUG18 A | 07SEP18 A |
| 4190 | Fire Sprinkler Install - Level 3 | 2 | 0 | 13AUG18 A | 07SEP18 A |
| 4200 | Electrical & Lighting - Level 3 | 2 | 0 | 13AUG18 A | 07SEP18 A |
| 4210 | Fire Sprinkler Install - Level 4 | 1 | 0 | 13AUG18 A | 07SEP18 A |
| 4230 | Electrical & Lighting - Level 4 | 2 | 0 | 13AUG18 A | 07SEP18 A |
| 1340 | Install Sewer Line Below Footing | 1 | 0 | 23AUG18 A | 24AUG18 A |
| 4170 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 26SEP18 A | 19OCT18 A |
| 4220 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 26SEP18 A | 19OCT18 A |
| 4260 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 26SEP18 A | 19OCT18 A |
| 4280 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 26SEP18 A | 19OCT18 A |
| 4450 | Unit Drywall & Paint Damage Repair | 95 | 0 | 26SEP18 A | 01FEB19 A |
| 4020 | Wood & Metal Siding | 20 | 0 | 03OCT18 A | 14FEB19 A |

**Building 5:**

| | | | | | |
|---|---|---|---|---|---|
| 2810 | Fire Sprinkler Install - Level 1 | 2 | 0 | 20AUG18 A | 25SEP18 A |
| 2820 | Fire Sprinkler Install - Level 2 | 2 | 0 | 20AUG18 A | 25SEP18 A |
| 2830 | Fire Sprinkler Install - Level 3 | 2 | 0 | 20AUG18 A | 25SEP18 A |
| 2840 | Fire Sprinkler Install - Level 4 | 1 | 0 | 20AUG18 A | 25SEP18 A |
| 3020 | Electrical & Lighting - Level 1 | 2 | 0 | 20AUG18 A | 25SEP18 A |
| 3030 | Electrical & Lighting - Level 2 | 2 | 0 | 20AUG18 A | 25SEP18 A |
| 3040 | Electrical & Lighting - Level 3 | 2 | 0 | 20AUG18 A | 25SEP18 A |
| 3050 | Electrical & Lighting - Level 4 | 2 | 0 | 20AUG18 A | 25SEP18 A |
| 3120 | Install Metal Pan Stairs | 2 | 0 | 22AUG18 A | 23AUG18 A |
| 2900 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05SEP18 A | 23OCT18 A |
| 2910 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05SEP18 A | 23OCT18 A |
| 2920 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05SEP18 A | 23OCT18 A |
| 2930 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05SEP18 A | 23OCT18 A |
| 2990 | Unit Drywall & Paint Damage Repair | 100 | 0 | 05SEP18 A | 30JAN19 A |
| 2850 | Install Storage Room Doors | 2 | 0 | 19OCT18 A | 22OCT18 A |
| 2940 | Install Aluminum Storefront Doors | 2 | 0 | 24OCT18 A | 24OCT18 A |
| 2760 | Wood Metal Siding | 20 | 0 | 29OCT18 A | 08FEB19 A |
| 3060 | Paint Walls & Ceilings - Level 1 | 2 | 0 | 02NOV18 A | 08NOV18 A |
| 3070 | Paint Walls & Ceilings - Level 2 | 2 | 0 | 02NOV18 A | 08NOV18 A |
| 3080 | Paint Walls & Ceilings - Level 3 | 2 | 0 | 02NOV18 A | 08NOV18 A |
| 3090 | Paint Walls & Ceilings - Level 4 | 2 | 0 | 02NOV18 A | 08NOV18 A |
| 2980 | Install Metal handrails/guardrails at stairs | 4 | 0 | 09NOV18 A | 25JAN19 A |

**Building 7:**

| | | | | | |
|---|---|---|---|---|---|
| 7450 | Rough Inspections - Need FA | 17 | 0 | 12FEB19 A | 12MAR19 A |
| 7460 | Framing Inspection | 1 | 0 | 01MAR19 A | 01MAR19 A |
| 7470 | Flush & Chlorinate Water lines | 6 | 0 | 06MAR19 A | 13MAR19 A |
| 7480 | Insulation | 3 | 0 | 15MAR19 A | 19MAR19 A |
| 6170 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 21MAR19 A | 05APR19 A |
| 6220 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 21MAR19 A | 05APR19 A |
| 6260 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 21MAR19 A | 05APR19 A |
| 6280 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 21MAR19 A | 05APR19 A |
| 6090 | Install Metal handrails/guardrails at stairs | 4 | 0 | 08APR19 A | 12APR19 A |
| 6250 | Paint Walls & Ceilings - Level 1 | 2 | 0 | 08APR19 A | 12APR19 A |
| 6270 | Paint Walls & Ceilings - Level 2 | 2 | 0 | 08APR19 A | 12APR19 A |
| 6290 | Paint Walls & Ceilings - Level 3 | 2 | 0 | 08APR19 A | 12APR19 A |
| 6300 | Paint Walls & Ceilings - Level 4 | 2 | 0 | 08APR19 A | 12APR19 A |
| 6340 | Install Scupper Downspouts | 1 | 0 | 08APR19 A | 08APR19 A |
| 6350 | Unit Drywall and Paint Repairs | 1 | 0 | 08APR19 A | 12JUL19 A |
| 6420 | Install Deck Railings | 2 | 0 | 23APR19 A | 26APR19 A |
| 6310 | Install Carpet & Rubber Base - Level 4 | 2 | 0 | 15JUL19 A | 16JUL19 A |
| 6320 | Install Carpet & Rubber Base - Level 3 | 2 | 0 | 15JUL19 A | 16JUL19 A |
| 6330 | Install Carpet & Rubber Base - Level 2 | 2 | 0 | 15JUL19 A | 16JUL19 A |
| 6360 | Install Carpet & Rubber Base - Level 1 | 2 | 0 | 15JUL19 A | 16JUL19 A |

**Building 9:**

| | | | | | |
|---|---|---|---|---|---|
| 7190 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05APR19 A | 26APR19 A |
| 7220 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05APR19 A | 26APR19 A |
| 7250 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05APR19 A | 26APR19 A |
| 7280 | Drywall Ceilings & Walls at Corridors - | 6 | 0 | 05APR19 A | 26APR19 A |
| 7090 | Unit Drywall and Paint Repairs | 1 | 0 | 08APR19 A | 12JUL19 A |
| 7420 | Install Deck Railings | 3 | 0 | 08APR19 A | 12APR19 A |
| 7240 | Paint Walls & Ceilings - Level 1 | 2 | 0 | 29APR19 A | 03MAY19 A |
| 7270 | Paint Walls & Ceilings - Level 2 | 2 | 0 | 29APR19 A | 03MAY19 A |
| 7290 | Paint Walls & Ceilings - Level 3 | 2 | 0 | 29APR19 A | 03MAY19 A |
| 7300 | Paint Walls & Ceilings - Level 4 | 2 | 0 | 29APR19 A | 03MAY19 A |
| 7370 | Install Scupper Downspouts | 1 | 0 | 29APR19 A | 29APR19 A |
| 7080 | Install Metal handrails/guardrails at stairs | 4 | 0 | 21MAY19 A | 22MAY19 A |
| 7310 | Install Carpet & Rubber Base - Level 4 | 2 | 0 | 17JUL19 A | 18JUL19 A |
| 7320 | Install Carpet & Rubber Base - Level 3 | 2 | 0 | 17JUL19 A | 18JUL19 A |
| 7330 | Install Carpet & Rubber Base - Level 2 | 2 | 0 | 17JUL19 A | 18JUL19 A |
| 7340 | Install Carpet & Rubber Base - Level 1 | 2 | 0 | 17JUL19 A | 18JUL19 A |
| 7430 | Final Inspections / State Sign Off | 20 | 0 | 29AUG19 A | 29AUG19 A |

As outlined above there were project non-loss work activities on going in each of the buildings concurrent and after the loss-related repairs.

In evaluating 6 West soft cost claims JS Held reviewed the following documentation:

- Owner-Architect-Contractor (OAC) Meeting Minutes
- Project Schedules
- Project RFI and Submittal Logs (included in OAC Meeting Minutes)
- Project Change Orders and Change Order Log
- Project Photographs and video
- Daily Journal Report

These documents discuss a number of non-loss-related delay issues that occurred on the project that impacted the completion of all buildings and sitework. These delays are discussed in the sections that follow.

## D. Non-Loss Delay and Construction Sequencing/Coordination Analysis

### 1. Modular Unit Delay

The fabrication, sequence, and schedule for installation of the prefabricated/free standing modular structures changed throughout the project. The original schedule projected the units would be set from 6/11/2018 to 8/28/2018, a duration of 79 calendar days. The as built schedule shows the modular units was delayed and extended to the as built schedule of 7/3/2018 to 10/23/2018, a duration of 112 calendar days, 33 calendar days longer than the planned. The original as planned schedule for the entire project was approximately nine months, or 285 calendar days. The impact of an additional 33 calendar days for the delay in delivery and setting of the prefabricated modular units is significant to the overall project. This is particularly true of the project location and shift of the construction schedule into the winter, often adverse, condition months.

The following table outlines the Original As-Planned Schedule versus the As Build Schedule for the completion of setting of modular units by building.

| As-Planned versus As-Built Setting of Buildings | | | |
|---|---|---|---|
| ECCG Contract Addendum 1 Schedule | As Planned date Finish Set & Seam | As Built Schedule | As Built Schedule Finish Set & Seam Box Complete |
| 5 | 6/11/2018 | 4 | 7/3/2018 |
| 4 | 6/18/2018 | 1 | 7/3/2018 |
| 1 | 6/25/2018 | 5 | 8/1/2018 |
| 2 | 7/2/2018 | 3 | 8/14/2018 |
| 3 | 7/12/2018 | 2 | 8/17/2018 |
| 7 | 7/23/2018 | 6 | 9/6/2018 |
| 6 | 7/30/2018 | 9 | 9/17/2018 |
| 9 | 8/9/2018 | 7 | 9/17/2018 |
| 8 | 8/28/2018 | 8 | 10/23/2018 |

The project documents outline the resequencing of the units several times, the following is a sampling of those revisions by Building Number:

| Order of Installation by Building | | | |
|---|---|---|---|
| ECCG Contract Addendum 1 | April 25, 2018 OAC Mtg Min | May 22, 2018 OAC Mtg Min | As Built Schedule Finish Set & Seam Box Complete |
| 5 | 1 | 4 | 4 |
| 4 | 4 | 1 | 1 |
| 1 | 5 | 3 | 5 |
| 2 | 3 | 9 | 3 |
| 3 | 2 | 7 | 2 |
| 7 | 7 | 6 | 6 |
| 6 | 9 | 8 | 9 |
| 9 | 6 | 2 | 7 |
| 8 | 8 | 5 | 8 |

### 2. Prefabrication Quality Issues

Some examples of prefabrication quality issues were identified in OAC Meeting. The October 24, 2018 OAC meeting minutes[21] include an attachment of Site Observation Field Report by 359 Design identifying defective work at Building 1 requiring repair.

[21] Attachment 21 – 2018 10 24 Combined Agenda (OAC Meeting Minutes)

The OAC meeting minutes document issues with building 7 fabrication:

| 180606-01 | Factory Coordination, Ship dates & Set dates | | | |
|---|---|---|---|---|
| Open | Sep 26, 2018 | Brandt to ensure that RC corrects factory issues on building 7, provides 1500 LF of base/ case to the job site, and rectify the flooring issue in building 3. | | |
| | Sep 26, 2018 | Fence at Wolcott scheduled for removal 10/16 | | |
| | Oct 03, 2018 | Ritzcraft to confirm that all boxes will be in Wolcott by 10/11 for building 8 set on 10/13 | | |
| | Oct 03, 2018 | Discussed most cost effective way to correct roof system on building 7. Architect to explore possibility of adding batt insulation in hallway to meet r- value. | | |

| | |
|---|---|
| Oct 03, 2018 | Discussed most cost effective way to correct roof system on building 7. Architect to explore possibility of adding batt insulation in hallway to meet r- value. |
| Oct 10, 2018 | RC to install layer of poly iso on roof. |

### 3. Sitework Infrastructure Delays

The Civil and Sitework design documents were delayed throughout the project impacting work progress and approval of inspections. In addition, there were several Site and Civil works non-compliant installations and surveying delaying work.

The OAC meeting minutes included the following comments:

- "Final Civil Drawings Apr 25, 2018 This set issued a week later than promised is still incomplete. When will FINAL plans be issued?"
- "Eagle River Water & Sanitation District April 25, 2018 What is status of approvals from ERQ&SD? This is holding up work on water lines."
- "May 9, 2018 FINAL CDOT plans to be issued 05/09 by EOD per BM."
- "May 20, 2018 CDOT Permit: expected to be received by mid June per BM."
- "Building 3 Schedule Activity 1708 Delay due to County Review"
- RFI 114 Sewer Main vs Unknown Conduits During excavation for the sewer main the excavator discovered 3 new conduits that were not called out on the plans or marked during locate…"
- RFI 170 Building 3 – missed concrete pier, The concrete subcontractor located a concrete deck pier in the wrong location approximately 8" from where it should be.
- OAC item 181003-01 Civil Plan Changes, Oct 03, 2018 Need FINAL resolution to RFI #154 that will not further delay Hudspeth. Once decision is reached, ECCG will update plan set."

- OAC Nov 28, 2018:

  Winter conditions & temp heat in 1, 4, 5 3, 6, 7 could fall back on Hudspeth (site work was supposed to be completed by the end of October). CE to hold off on presenting these to Hudspeth until their work has been complete.

The critical path to the completion of the project was controlled by the site utility work to provide water to the buildings as per the as-built schedule On several occasions the site water lines were rejected by the local utility.

The schedule included with the OAC meeting minutes dated March 6, 2019[22], included non-loss related delay activities on the critical path for the site utility water activities as identified below with the red arrows.



Evans Chaffee Construction Group

**6 West Clubhouse & Apartments**

Print Date: 06MAR19
Page 1A of 9A
File #: 6West - 2019 03...
Version #: Rev 3

| Act ID | Description | Orig Dur | Rem Dur | Early Start | Early Finish | % |
|---|---|---|---|---|---|---|
| **Site Work** | | | | | | |
| **Sitework** | | | | | | |
| 3964 | Final Grade | 50 | 25 | 22JAN19 A | 09APR19 | 50 |
| 3984 | Complete Eastern Swale | 34 | 17 | 22JAN19 A | 28MAR19 | 50 |
| 4214 | Re-Build Retaining Wall South of Bldg 3 | 3 | 0 | 28FEB19 A | 04MAR19 A | 100 |
| 4234 | Boulder Wall at West Bench 3 Trash | 1 | 1 | 06MAR19 | 06MAR19 | 0 |
| 4184 | Install Handrails - Building 3 | 1 | 1 | 14MAR19 | 14MAR19 | 0 |
| 4154 | Measure for Handrails between 8&9 | 1 | 1 | 18MAR19 | 18MAR19 | 0 |
| 4074 | Install Metal Handrails between 8&9 | 3 | 3 | 28MAR19 | 01APR19 | 0 |
| **Utilities** | | | | | | |
| 3980 | Drywell Completion | 50 | 13 | 14JAN19 A | 22MAR19 | 74 |
| 4580 | Run Phone lines to Bldg 6 & 7 | 3 | 4 | 06MAR19 * | 11MAR19 | 0 |
| 4080 | Run Low Voltage conduits to Bldg 6 & 7 | 3 | 3 | 12MAR19 * | 14MAR19 | 0 |
| 4590 | Run Low Voltage conduits to Bldg 8 & 9 | 3 | 3 | 13MAR19 * | 15MAR19 | 0 |
| 4600 | Run Phone lines to Bldg 8 & 9 | 3 | 3 | 13MAR19 | 15MAR19 | 0 |
| **Curb & Gutter Concrete** | | | | | | |
| 3935 | Curb & Gutter East Bench 3 | 12 | 12 | 06MAR19 | 19MAR19 | 0 |
| 3945 | Sidewalk & Entry Concrete to South Side | 2 | 2 | 06MAR19 | 07MAR19 | 0 |
| 3954 | Stairs between 8/9 | 6 | 6 | 08MAR19 * | 15MAR19 | 0 |
| 3955 | Sidewalks at Little Bench 4 | 4 | 4 | 08MAR19 * | 13MAR19 | 0 |
| 4034 | Trash Enclosure Slabs - Bench 4 | 2 | 2 | 08MAR19 * | 11MAR19 | 0 |
| 3936 | Curb & Gutter East Bench 4 | 12 | 12 | 20MAR19 * | 02APR19 | 0 |
| 4244 | Sidewalks at Bench 3 | 5 | 5 | 20MAR19 | 26MAR19 | 0 |



Early bar / Target bar / Progress bar / Critical bar / Start milestone point / Finish milestone point

This project schedule is preliminary and subject to change. Actual job conditions may require changes in sequences and/or methods of construction.

Percent complete 86
Finish date 08MAY19
Target finish date 16APR19
© Primavera Systems, Inc.

[22] Attachment 22 – 2019 03 06 Combined Agenda (OAC Meeting Minutes)




## 4. Additional Delay Issues

There were additional ongoing non-loss related delay issues associated with the project, in this section we have identified some of these. The schedule activity number, RFI number and/or OAC meeting agenda/minutes are referenced below. In accordance with the project documents these delays were incurred:

Exterior Enclosure:

- "Building 4 schedule activity 4450 Delay due to siding color selection"

- OAC Meeting Minutes 181031 General Items Oct 31, 2018 “Remaining FDC’s to be installed prior to siding.”

Design Revisions

- “RFI 140 Hose bid locations The hose bibs are shown on the plans to enter into the finished units. This will involve drywall removal and repair.”

- “RFI 169 Moving hosebib locations in building 3 Hosebib locations noted on print will cause additional drywall demo and repair in modular units.”

- OAC Meeting minutes item 180905-05 included the following design issues regarding the smoke devices:

  “Sept 05, 2018 Mick Woodworth is expecting photoelectric smoke detectors to be installed in all units before he will issue a TCO. Brandt to follow up with ST + B.”

  “Sept 19, 2018 Per Brandt – moving forward, all units are expected to have photoelectric smokes installed and any that are replaced afterwards must be replaced with photoelectric devices.”

| | | | | |
|---|---|---|---|---|
| **180411-03** | **Outstanding RFI's** | | Evans Chaffee Construction Connor Allison | |
| Open | **Apr 11, 2018** | Review outstanding RFI's. | | |
| | **Sep 26, 2018** | ECCG cannot wait any longer on JVA for RFI responses and will resolve all field issues by means and methods. | | |
| **4-Submittals** | | | | |
| **180411-04** | **Submittals in Review** | | Evans Chaffee Construction Connor Allison | |
| Open | **Apr 11, 2018** | Review outstanding submittals. | | |
| | **Sep 26, 2018** | ECCG cannot wait any longer on JVA for submittals and has given 360 Civil permission to proceed without submittal response. | | |

| | | | | |
|---|---|---|---|---|
| **6-Design** | | | | |
| **181212-01** | **Galvanized Water Lines on Bldg 1 & 4** | | | |
| New | **Dec 12, 2018** | Water District requiring replacement of galvanized water lines specified by ST&B on building 1 & 4 water entry. | | |

## E. Final Completion

The Final Completion of the project as indicated by the As-Build Schedule projection was September 6, 2019.

## V. DOCUMENTS REVIEWED

In addition to the documents specifically noted above, I also considered the following documents in developing my report:

A. Agreement Between Owner and Contractor;

B. Agreement Between Owner and Modular Builder;

C. Evans Chaffee Construction Co. daily journal report;

D. Owner Architect Contractor (OAC) meeting minutes;

E. Pay Applications;

F. Various schedules;

G. Request for Information (RFI), Change Order and Scope Change Requests;

H. Contract Drawings ("Current Plan Set exported from PlanGrid").

I. Miscellaneous project correspondence, including emails and letters;

J. Miscellaneous project photos.

K. J.S. Held issued report titled 20-03.02.2020-JSH 19050275-6 West Apartments LLC-Final Report with Attachments A though H.

L. Bates Files 6West 000001-007344

M. Bates Files HUD 00000001-HUD00019678

N. Bates Files ECCG 00000001-ECCG 00031922

O. Bates Files JSHELD 00000001-JSHELD 00004086

P. Bates Files BRECK 000001 – BRECK 000033

Q. Bates Files RITZ 000001 – 000132

R. Ohio Casualty Bates Files 23477974 ECN 000001 – ECN 000033

S. Ohio Casualty Bates Files 23477974 ECF 000001 – ECF 002786

T. Ohio Casualty Bates Files 23448634 ECN 000001 – ECN 000065

U. Ohio Casualty Bates Files 23448634 ECF 000001 – ECF 007770

V. Bates Files POL 000001 – POL 000091

W. 6 West_Liberty Mutial_Responses to Discovery Requests