IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1-20-cv-02243-RBJ-MEH

Plaintiff:

6 WEST APARTMENTS, LLC,

v.

Defendants:

THE OHIO CASUALTY INSURANCE COMPANY.

VIDEO DEPOSITION OF CHRIS EVANS

Pursuant to Notice, the remote Zoom video Deposition of CHRIS EVANS was taken on behalf of the Defendants, at 1:00 p.m. MST on June 21, 2021, by Brianna Diaz, Videographer, Exhibit Technician Nat Lopez and Court Reporter Ruth Collins of Magna Legal Services (866 624-6221).



EXHIBIT
E

Q. (By Mr. Ludwig) Mr. Evans, the court reporter has placed in front of you what has been marked as Exhibit Number 46 to these continuing depositions. Do you recognize this document?
A. I do.
Q. What is this document?
A. It's the amended claim that I filed for water damage on buildings 1, 3, 4 and 5.
Q. Why did you file an amended claim?
A. Because we felt that the original claim of a schedule delay wasn't supportable, so we eliminated that from the claim and billed actual hours spent on the project repairing the water damage.
Q. You billed actual hours expended?
A. Yes, that is accurate.
Q. So this claim contains actual hours expended for the repair of water damages in buildings 1, 3, 4 and 5?
A. Yes. And awful of lot of typos, I obviously did not spell check this before I sent it.
Q. Let's go to the second page. It seems like you are saying UCCG does not take exception to the time of the 43 damaged units or the unit price, nor do we take exception with the damage noted at the time consisting of the required repairs to the ceiling.

What do you mean by nor do we take exception of the damage noted at the time consisting of the required repairs to the ceiling?

A. Well, do you want to continue reading because I answer that question with what is already written there.

Q. I don't think so. I want to know what you mean by --

A. It's relatively simple. What happened, as I have already explained was the water ran in, around and down the side of the building and was captured by the black plastic. Plastic in and of itself, unless there a tear or a rip in it is impermeable. But what happened, and again this is in retrospect because we didn't recognize this at the time, but water had pooled above of black plastic and sat there. And where it dripped down into units, we had drywall damage that was readily apparent at the ceilings. That was stuff that was noted in Nathan's estimate and appraisal of the project.

What we found later, and by later I mean over the winter and into the spring, was that these buildings were not heated until, I want to say, we started bringing heat on line in January in some of the first buildings, like 1, 4, 5 and so on. The water had frozen above of the black plastic. And as it thawed, we

believed that it reached out of the plastic and started migrating down the walls of the units. It wasn't something you could see a visible stain on or anything like that. But it caused the five-eighths inch drywall to swell causing the drywall tape, or I am sorry, drywall compound over the screw heads to expand along with the drywall. Again, overtime as the heat was on, that eventually dried out and drywall shrank back down to its standard five-eighths inches height or five-eighths inch thick size, sorry. And what that did is it left screw head high, looking like a pop in there. And there are pictures that we submitted that showed this within units where you could see every screw head across on wall point. And all of the screw heads had dug out and retaped and finished. And then the whole wall had to be repainted and that is something that has never been taken into account by Liberty Mutual or J S Held in any of their damage estimates. And that is where the majority of the work occurred and the reason we couldn't close this out sooner than what we wanted to because we kept finding this damage come spring, where we had already gone in and repaired the drywall ceiling damage. But now all of a sudden we were in there refinishing entire walls which had to be, as I said the screw heads had to be retaped, recompounded, reprimed

and twice painted with two color coats on it in order to appropriately finish the wall.
Q. Okay. When did the drywall repairing commence in buildings 1, 3, 4 and 5?
A. I believe they started in late August, early September.
Q. Why did you wait so long?
A. Well, that really isn't all that long, considering we didn't get Nathan's estimate until August 20th.
Q. Okay. Who commenced those repairs?
A. Who commenced the repairs?
Q. Yeah. I am sorry. Who did the repairs?
A. High Country Enterprises would have first person in to start drywall repair. And then they would have been followed by the painter, Sapphire Painting and Drywall, at least on buildings 1, 3, 4 and 5.
Q. Are the buildings heated 1, 3, 4 and 5?
A. I am sorry. I didn't quite hear.
Q. Are the building heated 1, 3, 4, 5?
A. I don't believe so.
Q. When were they heated?
A. As I just said, I believe we started turning the heat on in the buildings in January of 2019.
Q. So you turn heat on in building 1 in January

of 2019?
A. I think so. It might have been a month earlier, but it was that time frame.
Q. What about building 3?
A. Again, probably about the same time frame.
Q. And what about building 4?
A. Buildings 4 and 5 would have been about the same time frame as well.
Q. And let's go to the next page, 19, 146. Where is this picture taken?
A. I don't know what exactly what unit it was taken in.
Q. When was it taken?
A. I can't answer that without looking at the data within the picture file.
Q. Let's go to page 19196. What's this document?
A. This was a recap of water damage repair work that was done by Sapphire Painting and Drywall.
Q. Why was a recap done?
A. Because J K Held was asking for information we didn't have as far as identification of squaring footages that were deemed being addressed in the repair of drywall and painting. So I went back with both High Country Enterprises and Sapphire Painting. I looked at the actual damaged areas. I put together the square